UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>JIHAD JAD TAWASHA,<br><br>        Defendant. | Case No. 4:22-cr-00076-YGR-4 (DMR)<br><br>**ORDER RE: BAIL REVOKED, BOND EXONERATED AND DEFENDANT REMANDED TO CUSTODY** |

After conducting a hearing on November 1, 2022, the court found the Defendant in violation of his pretrial release conditions. The court entered the following orders:

1. The Defendant's bail is REVOKED;

2. The $50,000 personal recognizance secured bond issued and filed on October 27, 2021 is EXONERATED;

3. The Defendant is REMANDED to the custody of the U.S. Marshal pending further proceedings before Judge Yvonne Gonzalez Rogers or until further order of this court.

**IT IS SO ORDERED.**

Dated: November 1, 2022

_____
DONNA M. RYU
United States Magistrate Judge